MITCHELL et al. *v.* CITY OF CHARLESTON.

No. 8.  Decided June 22, 1964.

*Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Matthew J. Perry, Lincoln C. Jenkins, Jr.* and *John H. Wrighten* for petitioners.

*Robert L. Clement, Jr.* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed.  *Bouie* v. *City of Columbia, ante,* p. 347.

MR. JUSTICE DOUGLAS would reverse on the basis of the views expressed in his opinion in *Bell* v. *Maryland, ante,* p. 242.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent.